COMPTON, appellant, v. SHAW *et al.*

*Common carrier — lien for freight and charges — Conversion.*

The plaintiff, a common carrier, having transported a cargo of wheat to the city of New York, consigned to an insurance company, being unable to obtain his freight, deposited the cargo in the defendant's warehouses and took

a receipt therefor, in his own name, upon a distinct understanding with the consignee that it was done to save the plaintiff's lien upon the wheat. The defendants delivered the wheat to the consignee without the plaintiff's knowledge or consent. *Held*, that they were guilty of a conversion, and must answer to the plaintiff for his interest in the property, for freight and charges.

APPEAL from a judgment of nonsuit in an action brought by Oscar F. Compton against Leander B. Shaw, to recover for the conversion of a quantity of wheat.

*Edw. H. Hobbs*, for appellant.

*H. C. Place*, for respondent.

BARNARD, P. J.

The head-note states substantially the only point passed upon in the opinion.

*New trial granted.*